344 A.2d 465
**Robert C. MORROW, Appellant,**

v.

**Abe FARKAS and Jack Farkas t/a
Beaver Super Market.**

Supreme Court of Pennsylvania.

Argued March 11, 1975.

Decided Oct. 3, 1975.

Robert L. Orr, Beaver, for appellant.

Harold F. Reed, Jr., Reed, Sohn, Reed & Kunselman, Beaver, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs to be equally divided between the parties.